UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-3422 JJO

UNITED STATES OF AMERICA

vs.

ANDREA LONGONI,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?
   _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?
   _____ Yes   __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
MICHELE S. VIGILANCE
Assistant United States Attorney
Court ID No. 5502091
99 N. E. 4th Street, Suite 600
Miami, Florida 33132
Tel: (305) 961-9387
michele.vigilance@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANDREA LONGONI | ) | Case No. 19-3422 JJO |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 20, 2016** in the county of **Miami-Dade** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1325(c) | Marriage Fraud |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andrew Grentz, Homeland Security Investigations
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/06/2019

_____
*Judge's signature*

City and state: Miami, FL

John J. O'Sullivan, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Andrew Grentz, a Special Agent with the United States Department of Homeland Security, assigned to Homeland Security Investigations ("HSI"), being duly sworn, depose and state as follows:

## BACKGROUND

1. I am a Special Agent ("SA") with U.S. Immigration and Customs Enforcement ("ICE") and have been so employed since October 2015. I am currently assigned to HSI Miami, Identity, Documents and Benefits Fraud Task Force ("IDBFTF"). The IDBFTF investigates individuals and organizations that produce, procure and/ or provide illicit and/or illegal documentations to individuals for use or to fraudulently obtain benefits, status or access from the United States Government.

2. As a Special Agent, my duties and responsibilities include conducting investigations of: entry without inspection (8 U.S.C. § 1325(a)), marriage fraud, (18 U.S.C. § 1325(c)), naturalization fraud (18 U.S.C. § 1425), fraud and misuse of visas, permits and other documents (18 U.S.C. § 1546), and alien smuggling (8 U.S.C. § 1324(a)(1)(A)(i)).

3. During my law enforcement career, I have become familiar with criminal activity relating to immigration fraud, including marriage fraud, money laundering, and the counterfeiting, manufacturing, false attestation, and usage of fraudulent documents. As part of my official duties, I have participated in investigations and/ or arrests of persons engaged in these illegal activities; I have executed search warrants of property of persons engaged in marriage fraud and other types of immigration fraud. Moreover, I have interviewed persons involved in marriage fraud, the trafficking of fraudulent documents, money laundering activities, and I have debriefed cooperating defendants regarding the habits and practices of

people engaged in the trafficking of fraudulent documents and the methods utilized to launder proceeds.

4. This Affidavit is made in support of a criminal complaint charging Andrea Longoni ("LONGONI") with knowingly entering a marriage for the purpose of evading any provision of the immigration laws, in violation of 8 U.S.C. § 1325(c).

5. The facts included in this Affidavit were learned by me through my own investigation and through the investigation of other members of law enforcement. This Affidavit is submitted for the sole purpose of establishing probable cause in support of the criminal complaint and the issuance of an arrest warrant. The Affidavit does not include all the facts known to me or other law enforcement officers regarding this investigation.

## **PROBABLE CAUSE**

6. The Cuban Adjustment Act of 1966 ("CAA") allows eligible Cuban natives or citizens living in the United States to apply to become Lawful Permanent Residents. This process is called Adjustment of Status.

7. One benefit of the Cuban Adjustment Act is that it gives foreign nationals living in the United States rapid access to lawful permanent residency when they marry and live with Cuban natives who are not naturalized U.S. citizens. To be eligible, the foreign national must file a Form I-485.

8. In or around May 2016, LONGONI, an Italian citizen was seeking lawful permanent resident status in the United States. To do so, he retained the services of an individual, K.M., who operated as a paid matchmaker for foreign nationals wanting to find spouses who were natives and citizens of Cuba. Law enforcement learned this information

when LONGONI later provided sworn statements to immigration officials and law enforcement officials.

9. LONGONI, who had no immigration status in the United States, met with K.M. in Miami-Dade County. LONGONI paid K.M. $2,000 to find him a Cuban spouse. K.M. also told LONGONI that she charged between $15,000 to $17,000 for her services. Law enforcement learned this information when LONGONI later provided sworn statements to immigration officials and law enforcement officials.

10. On or about May 19, 2016, K.M. introduced LONGONI to "M.F.". Law enforcement learned this information when LONGONI later provided sworn statements to immigration officials and law enforcement officials.

11. On or about May 20, 2016, Longoni paid K.M. $7,000 and the couple got married. LONGONI also paid K.M. $3,000 in the following days. Law enforcement learned this information when LONGONI later provided sworn statements to immigration officials and law enforcement officials.

12. LONGONI filed a Form I-485, with United States Immigration and Customs Services ("USCIS") to adjust his status to that of a lawful permanent resident on or about December 15, 2016. It reflected LONGONI's marriage to M.F. as well as the assertion that he and his spouse were living together at the address located at 1140 101st Street, Apt. 202, Bay Harbor Islands, Florida 33154.

13. On or about September 18, 2018, USCIS investigators went to the residence that LONGONI had listed as his marital residence in his Form I-485. The purpose of the visit was to confirm that LONGONI shared the residence with the woman he claimed to be his

3

wife.

14. Instead, investigators discovered that, while LONGONI did live there, he shared the home with his 15 year old daughter and her mother, "S.B.", both of whom are natives and citizens of Italy.

15. When questioned, LONGONI and S.B. admitted that they had each retained K.M.'s services to obtain separate spouses of Cuban nationality so that they could both obtain lawful permanent residency in the United States.

16. As a result of this discovery, USCIS denied LONGONI's application for adjustment of status.

17. On or about April 29, 2019, LONGONI was interviewed by Special Agents with HSI. During that interview LONGONI again admitted that he had married M.F. for the sole purpose of obtaining an immigration benefit, that being lawful permanent residency in the United States.

## **CONCLUSION**

18.     Based upon the information provided above, I respectfully submit that probable cause exists to support the arrest of Andrea LONGONI, for marriage fraud, in violation of Title 8, United States Code, Section 1325(c).


FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
ANDREW GRENTZ, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn to and subscribed before me this
___6___ day of September 2019

_____
HONORABLE JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

5